UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-61655-CIV-MARTINEZ-BECERRA

DEEPAK TULSIYAN AND SHANU PANT,

    Plaintiffs,

vs.

UR JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and ANTONY BLINKEN, SECRETARY, U.S. DEPARTMENT OF STATE,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiffs' Motion for Preliminary Injunction, (ECF No. 5). Judge Becerra filed an R&R recommending that the Motion for Preliminary Injunction be denied. (ECF No. 14 at 1, 7). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 14), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Plaintiffs' Motion for Preliminary Injunction, (ECF No. 5), is **DENIED** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this 30 day of September, 2022.

                                                                               JOSE E. MARTINEZ
                                                                               UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record